No opinion.   Motion for leave to appeal to the court of appeals denied, with $10 costs.   For decision on appeal, see 19 N. Y. Supp. 910.   See, also, 18 N. Y. Supp. 162.

---

### DRUMMOND *v.* FISHER.

*(Common Pleas of New York City and County, General Term.*   May 12, 1892.)

Action by Robert W. Drummond against Frank L. Fisher.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for leave to appeal to the court of appeals denied, with $10 costs.   See 16 N. Y. Supp. 867; 18 N. Y. Supp. 142.

---

### HARRIS, Appellant, *v.* PRYOR, Respondent.

*(Common Pleas of New York City and County, General Term.*   May 12, 1892.)

Action by Henry G. Harris against S. Morris Pryer.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*W. McMichael,* for appellant.   *W. W. Hewitt,* for respondent.

No opinion.   Motion for reargument denied, with $10 costs.   See 18 N. Y. Supp. 128.

---

### McSORLEY *v.* FAULKNER.

*(Common Pleas of New York City and County, General Term.*   May 12, 1892.)

Action by Alexander McSorley against James A. Faulkner.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for reargument or leave to appeal to the court of appeals denied, with $10 costs.   See 14 N. Y. Supp. 789; 18 N. Y. Supp. 461.

---

### MALONY *v.* BRADY.

*(Common Pleas of New York City and County, General Term.*   May 12, 1892.)

Action by Patrick Maloney against Edward J. Brady.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion to go to the court of appeals denied, with $10 costs.   See 14 N. Y. Supp. 794; 18 N. Y. Supp. 757.

---

### NUMBER 121 MADISON AVE., Appellant, *v.* OSGOOD, Respondent.

*(Common Pleas of New York City and County, General Term.*   May 12, 1892.)

Action by Number 121 Madison Avenue (a corporation) against John C. Osgood.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for reargument or leave to appeal to the court of appeals denied, with $10 costs.   See 18 N. Y. Supp. 126.

---

### POWELL, Respondent, *v.* FLETCHER, Appellant.

*(Common Pleas of New York City and County, General Term.*   May 12, 1892.)

Action by Minnie Powell against Victor S. Fletcher.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.   Motion for leave to go to the court of appeals denied, with $10 costs.   See 18 N. Y. Supp. 451.